# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERMAN L. BARTON, JR.,

    Plaintiff,

v.

4 QUEENS HOTEL AND CASINO,

    Defendant.

Case No. 2:11-CV-02096-KJD-CWH

**ORDER**

On August 6, 2012, the magistrate judge granted (#2) Plaintiff's application for leave to proceed *in forma pauperis*, but dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted. Particularly, the magistrate noted that Plaintiff's complaint failed to state any facts from which a finder of fact could conclude that Plaintiff had been assaulted by Defendant's agents. The complaint merely contained a legal conclusion. However, the magistrate judge granted Plaintiff leave to amend his complaint and ordered Plaintiff to file the amended complaint no later than September 5, 2012.

Though the time for doing so has passed, Plaintiff has failed to file an amended complaint. Having conducted a *de novo* review of Plaintiff's complaint, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted. Accordingly, the Court dismisses Plaintiff's

complaint for failure to state a claim and failure to file an amended complaint as ordered by the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint (#3) is **DISMISSED without prejudice**.

DATED this 17th day of September 2012.

_____
Kent J. Dawson
United States District Judge